MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

HANLEY CHEW  (189985)
Assistant United States Attorney

**FILED**

APR – 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax:  (408) 535-5066
E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00041 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | DEFENDANT'S INITIAL APPEARANCE |
| v. | ) | AND ARRAIGNMENT FROM APRIL 12, |
| | ) | 2012 TO APRIL 26, 2012 |
| BRANDON RUDDICK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, including the defendant, stipulate as follows:

1.     On August 18, 2011, a ten-count information was filed, charging defendant Brandon

Ruddick ("defendant") with one count of conspiracy to commit wire fraud,  in violation of 18

U.S.C. § 1349; nine counts of wire fraud, in violation of  in violation of 18 U.S.C. § 1343; and

one count of possession of fifteen or more unauthorized access devices,  in violation of 18

U.S.C. 1029(a)(3).  This case was assigned to the Honorable Edward J. Davila  A summons was

issued directing defendant to appear on April 12, 2012  at 1:30 p.m. for his initial appearance and

arraignment before this Court.

2.     Defendant will be unavailable on April 12, 2012.  The government does not object to a

STIPULATION AND [PROPOSED] ORDER
U.S. v. RUDDICK, NO. CR 12-0041 EJD

1   continuance of defendant's initial appearance and arraignment to April 26, 2012.

2       Therefore, the parties respectfully request that the Court continue defendant's initial

3   appearance and arraignment from April 12, 2012 to April 26, 2012, at 1:30 p.m.

4   IT IS SO STIPULATED.

5

6                          MELINDA HAAG
                       United States Attorney

7

8   Dated: April 2, 2012              /s/ Hanley Chew
                       HANLEY CHEW

9                          Assistant United States Attorney

10  Dated: April 2, 2012              /s/ Jerry Fong

11                         JERRY FONG
                       Attorney for Defendant

12

13  **[PROPOSED] ORDER**

14      Having considered the stipulation of the parties, and good cause appearing, the Court

15  orders that defendant Brandon Ruddick's initial appearance and arraignment be continued from

16  April 12, 2012 to April 26, 2012 at 1:30 p.m.

17

18  IT IS SO ORDERED.

19  DATED:

20                         THE HONORABLE HOWARD R. LLOYD
                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
U.S. v. RUDDICK, NO. CR 12-0041 EJD