MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW  (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRANDON RUDDICK,<br><br>   Defendant. | No. 12-0041 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING MAY 14, 2012 STATUS CONFERENCE, SETTING MAY 21, 2012 STATUS CONFERENCE AND EXCLUDING TIME FROM MAY 14, 2012 TO MAY 21, 2012, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

The parties hereby request that the Court enter this order vacating the status conference scheduled for May 14, 2012, setting a further status conference in this matter for May 21, 2012, and excluding time from May 14, 2012 through May 21, 2012.  The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 14, 2012 through May 21, 2012, based upon the need for the defense counsel to investigate further the facts of the present case.  The government has provided discovery in the present case, and defense counsel needs time to

STIP. & [PROPOSED] ORDER
U.S. v. RUDDICK, No. CR 12-0041 EJD

1  review the discovery, evaluate further possible defenses and motions available to the defendant.
2  In addition, defense counsel will be unavailable on May 14, 2012 because he will be
3  representing a defendant in a terrorism-related sentencing hearing in New York that day.
4   2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial
5  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
6  effective preparation of the defense; believes the exclusion is in the defendant's best interests;
7  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be
8  from May 14, 2012 through May 21, 2012.
9        Given these circumstances, the parties believe, and request that the Court find, that the
10 ends of justice are served by excluding from calculations the period from May 14, 2012 through
11 May 21, 2012, outweigh the best interests of the public and the defendant in a speedy trial under
12 the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
13
14 IT IS SO STIPULATED.
15 DATED: 5/8/12                              /s/ Jerry Fong
                                              JERRY FONG
16
17 DATED: 5/8/12                              /s/ Hanley Chew
                                              HANLEY CHEW
18                                            Assistant United States Attorney
19
                              [~~PROPOSED~~] ORDER
20
      Having considered the stipulation of the parties, the Court finds that: (1) the defendant
21
understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
22
U.S.C. § 3161, from May 14, 2012 through May 21, 2012 based upon the need for the defense
23
counsel to investigate further the facts of the present case, review the discovery that the
24

STIP. & [~~PROPOSED~~] ORDER
U.S. v. RUDDICK, No. CR 12-0041 EJD

1  government has already provided and evaluate further possible defenses and motions available to
2  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and
3  is in the defendant's best interests; and (3) the ends of justice are served by excluding from
4  calculations the period from May 14, 2012 through May 21, 2012.
5      Accordingly, the Court further orders that (1) the status conference for May 14, 2012 is
6  vacated; (2) a further status conference in this matter is set for May 21, 2012; and (3) the time
7  from May 14, 2012 through May 21, 2012 is excluded from time calculations under the Speedy
8  Trial Act, 18 U.S.C. § 3161.

10 IT IS SO ORDERED.

13 DATED: 5/8/2012                    _____
                                      THE HONORABLE EDWARD J. DAVILA
14                                    United States District Judge

STIP. & [~~PROPOSED~~] ORDER
U.S. v. RUDDICK, No. CR 12-0041 EJD

3