JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICES OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA 94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant BRANDON RUDDICK

FILED

JUN 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON RUDDICK,<br><br>    Defendant. | CASE NO. CR 12-00041 EJD (HRL)<br><br>STIPULATION OF THE PARTIES TO MODIFY TRAVEL ORDER TO PERMIT TRAVEL TO AND FROM LAS VEGAS FOR DEFENDANT BRANDON RUDDICK & [PROPOSED] ORDER RE SAME. |

The parties, Plaintiff United States of America and Defendant Brandon Ruddick, through their respective counsel, hereby jointly request that the Court modify Mr. Ruddick's pretrial release conditions to permit him to travel to and from Las Vegas, Nevada, to attend a company retreat, including the celebration of one of his employers' birth date, from June 23, 2013 to and through June 27, 2013. The pretrial release conditions imposed by the Court include a prohibition of traveling outside the Northern District of California (to attend court and to meet with his counsel) and outside the judicial districts in which Vancouver, Washington and Portland, Oregon lie (where Mr. Ruddick reside and work). Mr. Ruddick has faithfully complied with all terms of his pretrial release conditions. He wishes to attend the company retreat and his boss' birth date celebration, for, among other reasons, the

1
STIPULATION TO MODIFY TRAVEL ORDER

purposes of maintaining good will and camaraderie at his job. Mr. Ruddick's pretrial service officer has consented to this stipulation and trip.

DATED: June 19, 2013                    Respectfully submitted,

                                        /S/
                                        JERRY Y. FONG, Attorney for
                                        Defendant BRANDON RUDDICK

DATED: June 19, 2013                    Respectfully submitted,

                                        /S/
                                        AUSA HANLEY CHEW, Attorney for
                                        Plaintiff UNITED STATES OF AMERICA

[PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing herein, it is hereby ordered that Defendant Brandon Ruddick's pretrial release conditions shall be modified so that he may travel to and from Las Vegas, Nevada, from June 23, 2013 to and through June 27, 2013. It is so ordered.

DATED: 6/20/13                          _____
                                        MAGISTRATE-JUDGE OF THE UNITED
                                        STATES DISTRICT COURT